UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ARMSTRONG and Shelly Armstrong,<br><br>　　　　　　　　　Defendants. | NO:  CV-12-4-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80119-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE WITHDRAWAL OF COUNSEL |

**BEFORE THE COURT** is a copy of the Bankruptcy Court's Order Granting Motion to Withdraw as Counsel filed in the Bankruptcy Court on July 15, 2013, BCK ECF No. 70.  This Court construes the Order as a report and recommendation.  Having reviewed the report and recommendation and all

ORDER ADOPTING REPORT AND RECOMMENDATION RE WITHDRAWAL OF COUNSEL ~ 1

relevant filings, and there being no objection filed in either court, this Court hereby finds good cause to allow counsel to withdraw. Accordingly, **IT IS HEREBY ORDERED**:

    1. The report and recommendation at **ECF No. 43**, is **ADOPTED**.

    2. Dillon Jackson and the Law Firm of Foster Pepper are hereby withdrawn as counsel for Defendants David Armstrong and Shelly Armstrong.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order, to **terminate Dillon Jackson and Foster Pepper** as counsel of record, and provide copies to counsel and to Defendants at 8567 Hudson Street, Vancouver, BC V6P 4M3, Canada, and to Judge Patricia C. Williams.

**DATED** this 5th day of November 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge