UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ARMSTRONG and Shelly Armstrong,<br><br>　　　　　　　　Defendants. | NO:  CV-12-4-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80119-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS DAVID AND SHELLY ARMSTRONG |

Before the Court is the Bankruptcy Court's Report and Recommendation regarding Plaintiff's Motion for Partial Summary Judgment.  ECF No. 50.  The Court has reviewed the Report and Recommendation and all relevant filings.  The Court is fully informed.

ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS DAVID AND SHELLY ARMSTRONG ~ 1

1    On July 25, 2013, Plaintiff filed and served its Motion for Partial Summary Judgment. Bankr. Adv. Proc. No. 11-80119, ECF No. 73. Plaintiff's motion seeks to establish the amounts that Defendants invested in the debtor and that Defendants received from the debtor. Defendants did not respond to the motion or attend the hearing on the motion.

Defendants have not objected in this Court to the Bankruptcy Court's Report and Recommendation, which advises the Court to grant Plaintiff's Motion for Partial Summary Judgment.

The Court finds good cause to adopt the Report and Recommendation of the Bankruptcy Court. Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation, **ECF No. 50**, is **ADOPTED**.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to pro se Defendants.

**DATED** this 18th day of February 2014.

              *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS DAVID AND SHELLY ARMSTRONG ~ 2